IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Matthew Thomas Mcgrath, | Case No. 3:09 CV 1686 |
| Plaintiff, | MEMORANDUM OPINION AND ORDER |
| -vs- | JUDGE JACK ZOUHARY |
| Maggie Beightler, et al., | |
| Defendants. | |

*Pro se* Plaintiff Matthew Mcgrath filed this Renewed Motion for Appointment of Counsel and Motion to Strike (Doc. No. 54) on the same day this Court entered Judgment and a Memorandum Opinion and Order resolving all then-pending motions (Doc. Nos. 52-53). This Court has reviewed Plaintiff's newly filed Motion and finds that it raises substantially the same arguments as those presented in Plaintiff's prior pleadings. Accordingly, Plaintiff's Motion is denied as moot in light of this Court's Memorandum Opinion and Order (Doc. No. 52).

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

September 14, 2010